**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-61562-CIV-DAMIAN**

**GARFIELD SPENCE**,

Plaintiff,

v.

**ANCHORED INVESTMENTS V, LLC**,

Defendant.
_______________________________________/

**ORDER OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE** is before the Court on Plaintiff's Notice of Dismissal With Prejudice [ECF No. 8], filed October 4, 2024. The Court notes Defendant, Anchored Investments V, LLC, had not yet filed an answer or a motion for summary judgment. Being fully advised, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and (B), it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE** in accordance Plaintiff's Notice. Each party shall bear its own fees and costs. The Clerk is directed to **CLOSE** this case. Any pending motions are **DENIED AS MOOT** and any deadlines previously set are **TERMINATED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida this 4th day of October, 2024.

_______________________________
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**